**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1163**

———————

JOHN PAUL TURNER, a/k/a John Joseph Turner,

Petitioner - Appellant,

versus

INTERNAL REVENUE,

Respondent - Appellee.

———————

Appeal from the United States Tax Court.  (Tax Ct. No. 98-5653-S)

———————

Submitted:  May 25, 1999            Decided:  May 28, 1999

———————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Paul Turner, Appellant Pro Se.  Charles Edward Brookhart, Sara Ann Ketchum, Loretta C. Argrett, UNITED STATES DEPARTMENT OF JUS-TICE, Washington, D.C.; Stuart L. Brown, INTERNAL REVENUE SERVICE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the tax court's order dismissing this action for lack of jurisdiction. We have reviewed the record and the tax court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. See Turner v. Internal Revenue, No. 98-5653-S (U.S.T.C. Jan. 8, 1999). We grant leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED